# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

RECEIVED MAR 14 2016

Jonathan Lee Riches,
Plaintiff

v.

Farrah Lynn Abraham,
Defendant

CASE NO.
16-cv-41-LRR

## Preliminary Injunction
## Temporary Restraining Order / TRO

Comes Now, the Plaintiff, Jonathan Lee Riches, pro-se, Facing Imminent danger and bodily harm from Defendant Farrah Abraham.

Few Years Ago - Summer 2012 I was with Farrah Abraham in her hometown of Council Bluffs Iowa at the Holiday Inn and we made a sex tape, I was actually filmed without my consent by her and now Abraham is selling this illegal tape to the Adult Entertainment industry for millions of dollars and if this sex tape gets released to the public it will embarrass me and I'm very scared because it will humiliate me and ruin my Reputation and good character, because now I am Religious and I do lots of community service, I donate my blood and help

Farrah Abraham because she is blackmailing me already. I am the true Father of her Daughter Sophia and though I committed pedophile Acts by getting Farrah Abraham pregnant when she was a teenager, I was only Acting on the Advice of my Mentor Josh Duggar. Now Abraham tells me I have to pay her $1000 a Month in hush hush money not to expose our past relationship or she will call the police on me and press charges. I am Not scared anymore and now I am whistleblowing. Farrah Abraham behind close Doors is a scam Artist that is taking advantage of me because I am mentally Ill, violating the American with Disabilities Act. I try calling Abraham to stop her from selling our Sex tape but she changed her number, blocked me from Facebook and return to sender my mail. I'm worried, paranoid, Distraught. I seek a restraining order to forbid Abraham from selling, distributing or giving away this sex tape of us, total invasion of privacy. I seek a Jury trial please.

Respectfully

[signature] 3/11/16

Jonathan Lee Riches
1900 S. Christopher Columbus Blvd
Philadelphia, PA 19148

From:
Jonathan Lee Riches
1908 S. Christopher Columbus Blvd
Philadelphia, PA 19148

PHILADELPHIA PA 190
11 MAR 2015 PM 5 L

3/11/16

United States District Court
Northern District of Iowa
111 Seventh Ave SE
Cedar Rapids, Iowa 52401