IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, Plaintiff, vs. FARRAH LYNN ABRAHAM, Defendants. | No. C16-0041-LRR<br><br>ORDER |

This matter is before the court on the submission of a complaint (docket no. 1). The clerk's office filed such complaint on March 21, 2016. The plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Accordingly, this action is dismissed without prejudice.

**IT IS SO ORDERED**

**DATED** this 21st day of March, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA