IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | |
| Plaintiff, | CASE NO. 16-CV-41-LRR |
| vs. | **JUDGMENT** |
| FARRAH LYNN ABRAHAM, | |
| Defendant. | |

**DECISION BY COURT:** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an Order entered March 21, 2016 (docket number 2):

> Plaintiff taken nothing and this action is dismissed without prejudice.

**DATED** this 21st day of March, 2016

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

*K Yorgensen*
_____
By: Karen S Yorgensen, Deputy Clerk